IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>    Plaintiff,<br><br>  v.<br><br>D. SANDOVAL, et al.,<br><br>    Defendants. | No. C 10-0250 LHK (PR)<br><br>ORDER DIRECTING CLERK<br>TO RE-ISSUE SUMMONS |

Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. Presently, before the Court is Plaintiff's motion for clarification of the Court's Order of Service.

On August 11, 2010, the Court ordered service on Defendants based upon Plaintiff's cognizable claims. On August 31, 2010, Defendants Sunguist, Townsend and Sandoval returned their executed summons. However, Defendants Martinez and Caropreso remain unserved.

For the foregoing reasons, the Court hereby orders as follows:

**The Clerk shall issue a summons and the United States Marshal shall serve, without prepayment of fees, copies of the complaint in this matter (docket no. 1), all attachments thereto, and copies of this order on Defendant J. Caropreso, CSP-LAC, 44750 60th Street, West, Lancaster, CA 93536, and Defendant A. Martinez, San Quentin State Prison, San Quentin, CA 94964.**

1    This Order terminates docket no. 16.

2    IT IS SO ORDERED.

3    DATED:    10/26/10

                                                  _____
                                                  LUCY H. KOH
                                                  United States District Judge