**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>    Plaintiff,<br><br>  v.<br><br>D. SANDOVAL, et al.,<br><br>    Defendants.<br>_____/ | No. C 10-0250 LHK (PR)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION AS MOOT<br><br>(Docket No. 32) |

    Plaintiff, a state prisoner, filed this instant *pro se* prisoner complaint under 42 U.S.C. § 1983. Before the Court is Plaintiff's motion for an extension of time to file his opposition to Defendants' motion to dismiss.

    On January 7, 2011, Defendants filed a motion to dismiss, and on February 7, 2011, Plaintiff filed a timely opposition to Defendants' motion for summary judgment along with a motion for extension of time. On February 22, 2010, Defendants filed their reply to Plaintiff's opposition.

    Plaintiff's motion for extension of time is DENIED as moot. This case is submitted.

    IT IS SO ORDERED.

DATED:   3/4/11

                                                       LUCY H. KOH
                                                       United States District Judge

Order Denying Plaintiff's Motion for Extension of Time to File Opposition as Moot
P:\PRO-SE\SJ.LHK\CR.10\Washington250EOT-Moot.wpd