IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSE WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>D. SANDOVAL, et al.,<br><br>Defendants. | C 10-0250 LHK (PR)<br><br>[~~PROPOSED~~] ORDER EXTENDING DEFENDANTS' DEADLINE TO FILE A REPLY REGARDING THEIR MOTION FOR SUMMARY JUDGMENT |

Defendants Sandoval, Sandquist, and Townsend move this Court for an extension of time to file a reply to plaintiff's opposition to Defendants' motion for summary judgment, up to and including January 11, 2012. After full consideration, and good cause appearing, Defendants' motion for extension of time is granted.

IT IS SO ORDERED.

Dated: 1/3/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge