UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JESSE WASHINGTON, | No. 5:10-CV-0250 LHK (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| D. SANDOVAL, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of JESSE WASHINGTON, inmate no. D-23593, presently in custody at California State Prison, Corcoran, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: May 11, 2012

NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    CONNIE GIPSON, WARDEN, CALIFORNIA STATE PRISON, CORCORAN

GREETINGS

WE COMMAND that you have and produce the body of JESSE WASHINGTON in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison at 11:00 a.m. on June 20, 2012, in order that said prisoner may then and there participate in the

SETTLEMENT CONFERENCE in the matter of WASHINGTON v. SANDOVAL, et al, and at the termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: May 11, 2012

RICHARD WIEKING
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
Administrative Law Clerk

Dated: May 11, 2012

Judge Nandor J. Vadas

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JESSE WASHINGTON, | No. 5:10-CV-0250 LHK (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| D. SANDOVAL, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on May 11, 2012, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Jesse Washington
D-23593
Corcoran State Prison
P.O. Box 3466
Corcoran, CA 93212-3466

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3