UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

          Plaintiff,

  v.

D. SANDOVAL et al,

          Defendant.
_____/

Case Number: CV10-00250 LHK

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 2, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesse Washington D-23593
California State Prison-Corcoran
P.O. Box 3461
Corcoran, CA 93212-3461

Dated: October 2, 2012

                              Richard W. Wieking, Clerk
                              By: MARTHA BROWN, Deputy Clerk