IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE WASHINGTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>D. SANDOVAL,<br><br>　　　　Defendant. | No. C 10-0250 LHK (PR)<br><br>ORDER APPOINTING PRO BONO COUNSEL |

Plaintiff, a state prisoner, filed a *pro se* prisoner complaint under 42 U.S.C. § 1983, arguing that Defendants were deliberately indifferent to his safety, in violation of the Eighth Amendment, and engaged in retaliation against Plaintiff, in violation of the First Amendment. On March 22, 2012, the Court granted in part and denied in part Defendants' motion for summary judgment. The case was then referred to Magistrate Judge Nandor Vadas for mediation. After settlement proceedings proved unsuccessful, the Court granted Plaintiff's motion to appoint counsel and referred this matter to the Federal Pro Bono Project of the Volunteer Legal Services Program ("VLSP") to locate counsel.

The VLSP has informed the Court that Sasha G. Rao of the Ropes & Gray LLP law firm, 1900 University Ave., 6th Floor, East Palo Alto, CA 94303, (650) 617-4723, has agreed to serve as appointed pro bono counsel for Plaintiff. Thus, Sasha G. Rao is hereby APPOINTED as counsel for Plaintiff pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono

Order Appointing Pro Bono Counsel
G:\PRO-SE\SJ.LHK\CR.10\Washington250apptcounsel.wpd

1 | Project guidelines.  The scope of this referral shall be for all purposes for the duration of the
2 | case.
3 |     The Clerk shall set this matter for a case management conference within 90 days of the
4 | filing date of this order.
5 |     IT IS SO ORDERED.
6 | DATED:  10/1/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Order Appointing Pro Bono Counsel
G:\PRO-SE\SJ.LHK\CR.10\Washington250apptcounsel.wpd

2