UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSE WASHINGTON, | Case No.: 10-CV-250-LHK |
| Plaintiff, | |
| v. | ORDER ADVANCING CASE MANAGEMENT CONFERENCE |
| D. SANDOVAL; D. SUNGUIST; K. TOWNSEND; A. MARTINEZ; and J. CAROPRESO, | |
| Defendants. | |

On January 19, 2010, Plaintiff Jesse Washington ("the Plaintiff") filed his complaint against Defendants Sandoval, Sunguist, Townsend, Martinez, and Caropreso ("the Defendants"). *See* Dkt. No. 1. On March 22, 2012, the Court issued an order granting in part and denying in part the motion for summary judgment filed by Defendants Sandoval, Sandquist, and Townsend. *See* Dkt. No. 67. On June 20, 2012, the parties participated in a settlement conference before Magistrate Judge Nandor J. Vadas. *See* Dkt. No. 80. The parties failed to reach a settlement agreement. *See id.* On October 1, 2012, the Court granted the Plaintiff's request and appointed Sasha G. Rao as counsel for the Plaintiff pursuant to 28 U.S.C. § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines. *See* Dkt. No. 85.

The Clerk set this matter for a Case Management Conference on January 9, 2013. *See* Dkt. No. 86. At this Case Management Conference, the Court will set the dates for the Pretrial

1
Case No.: 10-CV-250-LHK
ORDER ADVANCING CASE MANAGEMENT CONFERENCE

Conference and the trial.  In light of the fact that this case was filed in January 2010, the Court sees no reason to delay the Case Management Conference until January 2013.  Accordingly, the Case Management Conference previously set for January 9, 2013, is advanced to **Thursday, November 15, 2012, at 1:30 p.m.**

**IT IS SO ORDERED.**

Dated: October 30, 2012

_____
LUCY H. KOH
United States District Judge