UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSE WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> D. SANDOVAL, et al., <br><br> Defendants. | Case No. 10-CV-250-LHK <br><br> [PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING LEAVE FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT |

The parties' Stipulation that Plaintiff Jesse Washington shall be permitted to file a First Amended Complaint having been considered, it is decided that the Stipulation shall be GRANTED.

It is, therefore, ORDERED, that Plaintiff Jesse Washington may file a First Amended Complaint no later than December 10, 2012.

Dated: ___November 26___, 2012

*Lucy H. Koh*
_____
Lucy H. Kuo
United States District Court Judge