UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JESSE WASHINGTON,

    Plaintiff,

    v.

D. SANDOVAL, et al.,

    Defendants.

Case No. 10-CV-250-LHK

~~[PROPOSED]~~ **ORDER GRANTING JOINT STIPULATION REGARDING LEAVE FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT**

    The parties' Stipulation that Plaintiff Jesse Washington shall be permitted to file a First Amended Complaint having been considered, it is decided that the Stipulation shall be GRANTED.

    It is, therefore, ORDERED, that Plaintiff Jesse Washington may file a First Amended Complaint no later than December 10, 2012.

Dated: _____November 26_____, 2012

_Lucy H. Koh_

Lucy H. Koh
United States District Court Judge