IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JESSE WASHINGTON,**<br><br>Plaintiff,<br><br>v.<br><br>**D. SANDOVAL, et al.,**<br><br>Defendants. | C 10-0250 LHK<br><br>[~~PROPOSED~~] **ORDER GRANTING WITHDRAWAL OF PLAINTIFF'S FIRST AMENDED COMPLAINT AND LEAVE TO FILE SECOND AMENDED COMPLAINT** |

The parties' Stipulation that Plaintiff shall withdraw his First Amended Complaint and file a Second Amended Complaint in the above-captioned matter on or before January 9, 2013 and that Defendants will be provided an extension of time to file an Answer or otherwise respond to Plaintiff's First Amended Complaint until January 11, 2013 having been considered, it is decided that the Stipulation shall be GRANTED.

It is, therefore, ORDERED, that Plaintiffs shall file a Second Amended Complaint on or before January 9, 2012 and Defendants shall respond in accordance with Federal Rule of Civil Procedure 12(a). Alternatively, if Plaintiff does not file a Second Amended Complaint,

1

[~~Proposed~~] Order

*Washington v. Sandoval, et al.,* (C 10-0250 LHK)

Defendants shall have until January 11, 2013 to file an Answer or otherwise respond to Plaintiff's First Amended Complaint.

Dated: _____January 2_____, 2013

*Lucy H. Koh*
Lucy H. Koh
United States District Court Judge