UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JESSE WASHINGTON,<br><br>    Plaintiff,<br><br>v.<br><br>D. SANDOVAL, et al.,<br><br>    Defendants.<br>_____/ | No. 5:10-CV-0250 LHK (NJV)<br><br>ORDER GRANTING REQUEST<br>FOR TELEPHONE CONFERENCE |

    This case is set for a settlement conference on January 30, 2013. The Court held a status conference regarding the upcoming settlement conference on January 22, 2013. At the status conference, Plaintiff's Counsel stated that she is unable to establish telephonic contact with her client. The Court finds that such telephonic contact is necessary for Plaintiff's Counsel's preparation for the settlement conference. Accordingly, it is HEREBY ORDERED that Plaintiff shall have two telephonic conferences of one hour in length with his counsel prior to the January 30, 2013 settlement conference.

IT IS SO ORDERED.

Dated: January 23, 2013

                                                                          NANDOR J. VADAS<br>
                                                                          United States Magistrate Judge