IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESSE WASHINGTON,

    Plaintiff,

    v

B. SUNDOVOL, et al.,

    Defendants.

Case No.  C 10-250 LHK (NJV)

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A settlement conference in this matter was held on January 30, 2013 in San Francisco.  The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒  Plaintiff 's counsel Carolyn Redding and Sasha Rao and Plaintiff, Jesse Washington by phone

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General, Bob Duncan

    ☒ Other: California Department of Corrections and Rehabilitation, Suzanne Pyne

(2)  The following individuals, parties, and/or representatives did not appear:

(3)  The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☒ The parties are unable to reach an agreement at this time. The settlement offer remains open for two weeks from January 30, 2013.

Date:  2/1/13

Nandor J Vadas
United States Magistrate Judge