1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| JESSE WASHINGTON, | Case No. 10-CV-250-LHK (NJV) |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING REQUEST FOR TELEPHONE CONFERENCE |
| v. | |
| D. SANDOVAL, et al., | |
| Defendant. | |

The Court held a settlement conference on January 30, 2013.  At the settlement conference, Plaintiff's counsel stated that she is unable to establish telephonic contact with her client.  The Court finds that such telephonic contact is necessary for Plaintiff's Counsel to further discuss settlement.  Accordingly, it is HEREBY ORDERED that Plaintiff shall have three telephonic conferences of one hour in length with his counsel prior to the February 21, 2013 settlement status report deadline.

IT IS SO ORDERED.

Dated: ~~January 31, 2013~~ February 4, 2013

_____
NANDOR J. VADAS
United States Magistrate Judge