UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JESSE WASHINGTON, | No. 5:10-CV-0250 LHK (NJV) |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE |
| v. | |
| D. SANDOVAL, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

A telephonic status conference has been set in this case for February 19, 2013, at 1:00 pm.. The parties should dial 888-684-8852, enter access code 1868782 and then enter security code 7416. The parties shall be prepared to discuss the status of settlement negotiations.

IT IS SO ORDERED.

Dated: February 5, 2013

NANDOR J. VADAS
United States Magistrate Judge