Sasha G. Rao (CSB # 244303)
 *sasha.rao@ropesgray.com*
Brandon H. Stroy (CSB # 289090; *pro hac vice*)
 *brandon.stroy@ropesgray.com*
Carolyn L. Redding (CSB # 280666)
 *carolyn.redding@ropesgray.com*
Matthew E. Prosen (CSB # 280531)
 *matthew.prosen@ropesgray.com*
Christopher M. Bonny (CSB # 280554)
 *christopher.bonny@ropesgray.com*
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, California 94303-2284
Telephone: (650) 617-4000
Facsimile: (650) 617-4090

*Attorneys for Plaintiff*
JESSE WASHINGTON


KAMALA D. HARRIS
  Attorney General of California
WILLIAM C. KWONG
  Supervising Deputy Attorney General
D. Robert Duncan
  Deputy Attorney General
  State Bar No. 161918
Scott J. Feudale
  Deputy Attorney General
  State Bar No. 242671
455 Golden State Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5739
Fax: (415) 703-5843
E-mail: Robert.Duncan@doj.ca.gov
E-mail: Scott.Feudale@doj.ca.gov

*Attorneys for Defendant*
D. SANDOVAL

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**JOINT STIPULATION & [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY DEADLINES**
**Case No. 10-CV-250-LHK (PSG)**

| | |
|---|---|
| JESSE WASHINGTON, | Case No. 10-CV-250-LHK (PSG) |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY DEADLINES** |
| v. | |
| D. SANDOVAL, | |
| Defendant. | |

Plaintiff Jesse Washington and Defendant D. Sandoval (collectively, the "Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

1. The Court's Case Management Order filed on November 14, 2012 set the deadlines for expert disclosures on April 29, 2013, supplemental expert disclosures on May 13, 2013, and expert discovery on May 27, 2013.

2. No previous time modifications have been made in the case, whether by stipulation or Court order.

3. The Parties agree that additional time is needed to prepare expert disclosures and to conduct expert discovery.

4. The parties hereby respectfully stipulate that the deadlines for expert disclosures, supplemental expert disclosures, and expert discovery shall be changed as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Expert Disclosures | April 29, 2013 | May 13, 2013 |
| Supplemental Expert Disclosures | May 13, 2013 | May 27, 2013 |
| Expert Discovery Cutoff | May 27, 2013 | June 10, 2013 |

5. The proposed time modifications do not affect any other dates in the case schedule, including the pretrial conference and trial.

|  |  |
|---|---|
|  | Respectfully submitted, |
| April 23, 2013 | By  */s/ Sasha G. Rao*<br>Sasha G. Rao<br>*Sasha.Rao@ropesgray.com*<br><br>Brandon H. Stroy<br>Carolyn L. Redding<br>Matthew E. Prosen<br>Christopher M. Bonny<br>ROPES & GRAY LLP<br><br>Attorneys for Plaintiff<br>**JESSE WASHINGTON** |
| April 23, 2013 | By  */s/ D. Robert Duncan*<br>D. Robert Duncan<br>*Robert.Duncan@doj.ca.gov*<br><br>Kamala D. Harris<br>William C. Kwong<br>Scott J. Feudale<br>STATE OF CALIFORNIA<br>DEPARTMENT OF JUSTICE<br><br>Attorneys for Defendant<br>**D. SANDOVAL** |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5.1(i)(3)**

I, Christopher M. Bonny, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 23, 2013      ____*/s/ Christopher M. Bonny*_____
                                Christopher M. Bonny

1
2  PURSUANT TO STIPULATION, IT IS SO ORDERED.
3  Date: April 26, 2013
4
                                                                          *Lucy H. Koh*
                                            Lucy H. Koh
5                                            United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JOINT STIPULATION & [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY DEADLINES**          **4**
**Case No. 10-CV-250-LHK (PSG)**