1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12   JESSE WASHINGTON,                    Case No. 10-CV-250-LHK (NJV)

13       Plaintiff,                       [PROPOSED] ORDER GRANTING
                                          REQUEST FOR TELEPHONE
14       v.                               CONFERENCE

15   D. SANDOVAL, et al.,

16       Defendant.

17        The Court held a case management conference on May 8, 2013.  At the conference,

18   Plaintiff's counsel requested the Court grant Plaintiff ten phone calls with his counsel between

19   now and trial in order to prepare Plaintiff's case for trial.  Having considered this request, and

20   finding that it is well-founded, Plaintiff's motion is hereby GRANTED.  Plaintiff shall be

21   allowed ten phone calls with counsel between now and trial to be scheduled by Plaintiff's

22   counsel with the California State Prison at Corcoran or other facility at which Plaintiff may be

23   held.

24   IT IS SO ORDERED.

25
     Dated: May 9, 2013
26                                        _____
                                          LUCY H. KOH
27                                        United States District Court Judge

28