UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSE WASKINGTON, | ) Case No.: 10-CV-0250 |
| Plaintiff, | ) |
| v. | ) ORDER RE: PRISONER'S APPEARING |
| | ) BY VIDEO; ORDER RE: TRIAL DATES |
| D. SANDOVAL, et al., | ) |
| Defendants. | ) |

The parties are hereby notified that the Court is not equipped to allow witnesses who are currently incarcerated to appear by video conference. Accordingly, the parties must provide video conference equipment at their own cost.

The parties are also advised that the furlough order that required the Court to be closed on August 2, 2013 has been rescinded. Accordingly, the Court will hold trial on this date.

**IT IS SO ORDERED.**

Dated: May 30, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge