KAMALA D. HARRIS
Attorney General of California
DANIELLE F. O'BANNON
Supervising Deputy Attorney General
D. ROBERT DUNCAN
Deputy Attorney General
State Bar No. 161918
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5739
  Fax:  (415) 703-5843
  E-mail:  Robert.Duncan@doj.ca.gov
*Attorneys for Defendant
D. Sandoval*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JESSE WASHINGTON,**<br><br>                             Plaintiff,<br><br>     v.<br><br>**D. SANDOVAL, et al.,**<br><br>                             Defendants. | C 10-0250 LHK<br><br>**SECOND JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY DEADLINES** |

    Plaintiff Jesse Washington and Defendant David Sandoval (collectively, the "Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

    1.    The Court's case management order filed on November 14, 2012 set the deadlines for expert disclosures on April 29, 2013, the supplemental expert disclosures on May 13, 2013, and expert discovery on May 27, 2013.

    2.    The Parties filed a Joint Stipulation and [Proposed] Order to Extend Expert Discovery Deadlines dated April 23, 2013 proposing to extend the expert disclosures to May 13, 2013, the supplemental expert disclosures to May 27, 2013, and the expert discovery cutoff to June 10, 2013.  The Court issued an order approving the joint stipulation on April 26, 2013.

1

2nd J. Stip. & [Proposed] Order to Extend Expert Disc. Deadlines    *Washington v. Sandoval*  (C 10-0250 LHK)

3. The Parties agree that two additional days are needed to prepare supplemental expert disclosures and to complete expert discovery.

4. The parties hereby respectfully stipulate that the deadlines for supplemental expert disclosures be changed to **May 29, 2013** and that the expert discovery cutoff be changed to **June 12, 2013**.

5. The proposed time modifications do not affect any other dates in the case schedule, including the pretrial conference and trial.

<div style="margin-left:40%">Respectfully submitted,</div>

May 28, 2013     By  /s/ Sasha G. Rao
<div style="margin-left:40%">
Sasha G. Rao  
Christopher Chang  
sasha.rao@bingham.com  
christopher.chang@bingham.com  
Bingham McCutchen

Attorneys for Plaintiff  
JESSE WASHINGTON


 /s/ D. Robert Duncan  
D. Robert Duncan  
Scott John Feudale  
Deputy Attorney Generals

Attorneys for Defendant  
D. SANDOVAL
</div>

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: May 30, 2013        /s/ Lucy H. Koh
<div style="margin-left:40%">
LUCY H. KOH  
United States District Judge
</div>

SF2010400988  
20696912.doc

2

2nd J. Stip. & [Proposed] Order to Extend Expert Disc. Deadlines     *Washington v. Sandoval*  (C 10-0250 LHK)