**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JESSE WASHINGTON, | ) | Case No.: 10-CV-0250 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |
| D. SANDOVAL, et al., | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff Jesse Washington has filed an unopposed Motion requesting that Brandon H. Stroy, Matthew E. Prosen, Carolyn L. Redding, and Christopher M. Bonny of the Ropes & Gray, LLP law firm be permitted to withdraw as counsel of record for Plaintiff in the above-captioned matter and that they also be removed from the electronic service list for this case.  ECF No. 157. Plaintiff's Motion to Withdraw as counsel is GRANTED.

**IT IS SO ORDERED.**

Dated: June 10, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge