UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSE WASHINGTON,<br><br>    Plaintiff,<br><br>    v.<br><br>D. SANDOVAL, et al.<br><br>    Defendant. | No. 5:10-cv-250 LHK<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR CONFIDENTIAL AND PRIVILEGED TELEPHONE CONFERENCE** |

The Court held a Pretrial Conference on July 18, 2013. At the conference, Plaintiff's counsel requested the Court order that the remaining trial preparation phone calls between Plaintiff and his counsel, as granted at the case management conference on May 8, 2013, be confidential, privileged, and private with no third parties present when Plaintiff is on the phone. Having considered this request, and finding that it is well-founded, Plaintiff's motion is hereby GRANTED. Plaintiff's remaining phone calls pursuant to this Court's May 9, 2013 Order Granting Request for Telephone Conference shall be privileged, confidential, and private.

IT IS SO ORDERED:

DATED:  July 19, 2013          By: _Lucy H. Koh_____
                                    LUCY H. KOH
                                    United States District Court Judge

PROPOSED ORDER GRANTING REQUEST FOR TELEPHONE CONFERENCE