UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSE WASHINGTON,<br><br>  Plaintiff,<br><br>  v.<br><br>D. SANDOVAL, et al.<br><br>  Defendant. | No. 5:10-cv-250 LHK<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO BRING EQUIPMENT INTO THE COURTROOM |

Plaintiff Jesse Washington seeks permission to: (1) bring electronic and related equipment into Courtroom 8, 4th Floor, 280 South 1st Street, San Jose, CA 95113 to test the equipment on July 23, 2013 at 1:00 PM; and to (2) keep that equipment in the courtroom for Plaintiff to use from July 23, 2013 to July 30, 2013, with the equipment to be picked up and removed from Courtroom 8 on July 31, 2013.  The equipment includes:

- 52" LCD monitor
- Rolling base
- Extra long VGA and audio cables
- Gaffers Tape
- Speakers.

Having considered Plaintiff's requests, the Court hereby GRANTS the Plaintiff's
[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO BRING EQUIPMENT INTO THE COURTROOM

A/75651783.1

requests and ORDERS that the Plaintiff may (1) bring electronic and related equipment into Courtroom 8, 4th Floor, 280 South 1st Street, San Jose, CA 95113 to test the equipment on July 23, 2013 at 1:00 PM; and to (2) keep that equipment in the courtroom for Plaintiff to use from July 23, 2013 to July 30, 2013, with the equipment to be picked up and removed from Courtroom 8 on July 31, 2013.

IT IS SO ORDERED:

DATED: July 23, 2013        By: /s/ Lucy H. Koh
                                 LUCY H. KOH
                                 United States District Court Judge