UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JESSE WASHINGTON,<br><br>      Plaintiff,<br><br>      v.<br><br>D. SANDOVAL, et al.<br><br>      Defendant. | No. 5:10-cv-250 LHK<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S REQUEST TO BRING ADDITIONAL EQUIPMENT INTO THE COURTROOM |

      Plaintiff Jesse Washington seeks permission to: (1) bring additional electronic and related equipment into Courtroom 8, 4th Floor, 280 South 1st Street, San Jose, CA 95113 to test the equipment on July 26, 2013; and to (2) keep that equipment in the courtroom for Plaintiff to use from July 26, 2013 to July 30, 2013, with the equipment to be picked up and removed from Courtroom 8 on July 31, 2013.  This is in addition to the equipment Plaintiff requested and for which the Court issued an Order on July 23, 2013 (Docket Entry 216).  The additional equipment includes:

- 19 inch computer monitor
- Polycom videoconferencing microphone
- Two additional laptops for videoconferencing purposes.

      Having considered Plaintiff's requests, the Court hereby GRANTS the Plaintiff's

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S REQUEST TO BRING ADDITIONAL
EQUIPMENT INTO THE COURTROOM

requests and ORDERS that the Plaintiff may (1) bring electronic and related equipment into Courtroom 8, 4th Floor, 280 South 1st Street, San Jose, CA 95113 to test the equipment on July 26, 2013; and to (2) keep that equipment in the courtroom for Plaintiff to use from July 26, 2013 to July 30, 2013, with the equipment to be picked up and removed from Courtroom 8 on July 31, 2013.

IT IS SO ORDERED:

DATED: July 24, 2013            By: *Lucy H. Koh*
                                    LUCY H. KOH
                                    United States District Court Judge