IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSE WASHINGTON,** | Case No. C 10-0250 LHK (PR) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO BRING EQUIPMENT INTO THE COURTROOM** |
| v. | |
| **D. SANDOVAL, et al.,** | |
| Defendants. | |

   Defendant Sandoval seeks permission to bring equipment into Courtroom 8, 4th Floor, 208 S. First Street, San Jose, California 95113 (the Courtroom) on Friday, July 26, 2013 and keep that equipment in the Courtroom for the duration of trial, up to and including August 6, 2013.  The equipment shall be picked up and removed after closing arguments have concluded, on or before August 6, 2013. The requested equipment is as follows:

   (1) one laptop computer;

   (2) one document viewer (ELMO);

   (3) one rolling base;

   (4)  extra-long VGA and audio cables;

   (5) gaffers tape; and,

(6) speakers[1]

Having considered Defendant's request, and good cause appearing, Defendant's request is GRANTED.  Defendant may bring in the aforementioned equipment to the Courtroom on July 26, 2013 and keep it there until after closing arguments have concluded, on or before August 6, 2013, at which point all equipment shall be picked up and removed from the Courtroom.

IT IS SO ORDERED:

Dated:  7/25/13

The Honorable Lucy H. Koh
United States District Judge

---

[1] To the extent this equipment is duplicative of Plantiff's equipment, Defendant does not intend to bring in additional equipment, with the exception of the laptop.