IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JESSE WASHINGTON,**<br><br>Plaintiff,<br><br>v.<br><br>**D. SANDOVAL, et al.,**<br><br>Defendants. | No. 5:10-cv-250 LHK<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND PRETRIAL EXCHANGE DEADLINE** |

Plaintiff Jesse Washington and Defendant David Sandoval (collectively, the "Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

1. The Court's Pretrial-trial Conference Order of July 19, 2013 (Docket Entry 201) states that for the witnesses to be called, exhibits, demonstratives, and deposition designation to be used on July 29, 2013, the parties shall file their objections and responses by 5:00 PM on Thursday, July 25, 2013.

2. The Parties agree that additional time is needed to prepare objections and responses for July 29, 2013.

3. The parties hereby respectfully stipulate and request that the deadlines for objections and responses to witnesses, exhibits, demonstratives, and deposition designations for July 29, 2013 be changed to **9:00 AM, Friday July 26, 2013**.

4. The proposed time modifications do not affect any other dates in the pretrial and trial schedule.

Respectfully submitted,

July 25, 2013

By */s/ Sasha G. Rao*
Sasha G. Rao
Brandon H. Story
Carlos P Mino
Christopher L Chang
Bingham McCutchen

Attorneys for Plaintiff
JESSE WASHINGTON

*/s/ Scott J. Feudale*
D. Robert Duncan
Scott John Feudale
Deputy Attorney Generals

Attorneys for Defendant
D. SANDOVAL

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: July 25, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge