1  KAMALA D. HARRIS
   Attorney General of California
2  WILLIAM C. KWONG
   Supervising Deputy Attorney General
3  SCOTT J. FEUDALE
   Deputy Attorney General
4  State Bar No. 242671
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone: (415) 703-5871
6   Facsimile: (415) 703-5843
    E-mail: Scott.Feudale@doj.ca.gov
7  *Attorneys for Defendants Sandoval*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| JESSE WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>D. SANDOVAL, et al.,<br><br>Defendants. | Case No. C 10-0250 LHK (PR)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

   Plaintiff Jesse Washington and Defendants D. Sandoval, Et Al. have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

   Each party shall bear its own litigation costs and attorney's fees.

   It is so stipulated.

Dated: 7/26/2013                          _____
                                                Plaintiff
                                                Jesse Washington

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 10-0250 LHK (PR))

Dated: 7/26/13

Scott J. Feudale
Deputy Attorney General
California Attorney General's Office
*Attorney for Defendants D. SANDOVAL, et al.*

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **IT IS SO ORDERED.**

Dated: July 26, 2013

*Lucy H. Koh*
Lucy H. Koh
United States District Court

SF2010400988
20714751.doc

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 10-0250 LHK (PR))