KAMALA D. HARRIS
Attorney General of California
WILLIAM C. KWONG
Supervising Deputy Attorney General
SCOTT J. FEUDALE
Deputy Attorney General
State Bar No. 242671
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
   Telephone: (415) 703-5871
   Facsimile: (415) 703-5843
   E-mail: Scott.Feudale@doj.ca.gov
*Attorneys for Defendants Sandoval*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| **JESSE WASHINGTON,**<br><br>                           Plaintiff,<br><br>v.<br><br>**D. SANDOVAL, et al.,**<br><br>                           Defendants. | Case No. C 10-0250 LHK (PR)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

    Plaintiff Jesse Washington and Defendants D. Sandoval, Et Al. have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    Each party shall bear its own litigation costs and attorney's fees.

    It is so stipulated.

Dated: 7/26/2013                                            _____
                                                                     Plaintiff

                                                                         Jesse Washington

1

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 10-0250 LHK (PR))

1 | Dated: 7/26/13

*[signature]*
Scott J. Feudale
Deputy Attorney General
California Attorney General's Office
*Attorney for Defendants D. SANDOVAL, et al.*

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **IT IS SO ORDERED.**

Dated: July 26, 2013

*Lucy H. Koh*
Lucy H. Koh
United States District Court

SF2010400988
20714751.doc

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 10-0250 LHK (PR))